No. 1189. WILSON & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. June 1, 1942. Petition for writ of certi-

orari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Paul Ware* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.